

**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Aaron Solomon
ASolomon@kdvlaw.com

Solomon Abramov
SAbramov@kdvlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2020

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

March 13, 2020

**VIA ECF**
Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Eutiquio Vasquez Ortega v. Paradis To Go LLC, et. al.**
**Case no.: 19-cv-8593 (LTS) (RWL)**

Dear Judge Lehrburger:

This firm represents Defendants, Paradis To Go, LLC, Kimberly Paradis and Mickael Paradis (collectively, "Defendants"), in the above-referenced matter. Defendants respectfully request a brief adjournment of the settlement conference scheduled before Your Honor on March 23, 2020. The reason for the adjournment is that Defendants are gathering and producing to counsel for Plaintiff, Eutiquio Vasquez Ortega ("Plaintiff"), additional payroll records and other documents, the disclosure of which will lead to a more productive settlement conference.

The parties have conferred and are available on April 27, 2020 for the settlement conference. This is Defendants' first request for an adjournment of the settlement conference and is made with Plaintiff's consent.

We thank the Court for its consideration of this application.

Respectfully submitted,

Solomon Abramov

cc: All counsel of record via ECF

Granted. The parties are directed to coordinate a new date by calling our courtroom Deputy.

**SO ORDERED:**

_____ 3/13/2020
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

New York | New Jersey | Pennsylvania | Florida | Illinois | California