UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2020

EUTIQUIO VASQUEZ ORTEGA, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

PARADIS TO GO LLC, KIMBERLY PARADIS, and MICKAEL PARADIS,

                Defendants.

1:19-cv-08593 (MKV) (RWL)

NOTICE OF POST-DISCOVERY CONFERENCE

MARY KAY VYSKOCIL, United States District Judge:

      The Court directs counsel for all parties to appear at a Post-Discovery Conference on **October 28, 2020 at 11:00AM**. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

      On or before October 19, 2020, the parties shall submit a joint letter regarding the status of the case. The letter should include the following information in separate paragraphs:

    a. a statement of any existing deadlines, due dates, and/or cut-off dates;
    b. a brief description of any outstanding motions;
    c. a brief description of the discovery and undertaken if either party believes any additional discovery that needs to be completed;
    d. a statement describing the status of any settlement discussions and whether the parties would like a settlement conference;
    e. a statement of the anticipated length of trial and whether the case is to be tried to a jury;
    f. a statement of whether any party anticipates filing a motion for summary judgment or a motion to exclude expert testimony (see Individual Practices ¶4(A)(i));
    g. any other issue that the parties would like to address at the conference; and
    h. any other information that the parties believe may assist the Court in advancing the case to settlement or trial.

      If either or both of the Parties anticipate filing a motion for summary judgment, that Party's pre-motion letter in anticipation of the motion, accompanied by a Rule 56.1 Statement as required by the Court's Individual Practices, must be filed by October 19, 2020. The non-

moving party must submit a response, along with a Rule 56.1 Counter-Statement, by October 22, 2020. The Local Rule 56.1 Statements should comply with the Court's Individual Practices.

If no summary judgment motion is anticipated, the post-discovery conference will serve as a pre-trial conference. Parties should be prepared to discuss scheduling of trial and all pre-trial matters.

Any application to modify or extend the dates herein shall be made in a written application in accordance with paragraph 2(G) of the Court's Individual Practice Rules and shall be made no less than three (3) days prior to the expiration of the date sought to be extended. Failure to comply with the deadlines set forth herein may result in sanctions.

**SO ORDERED.**

Date:  **September 18, 2020**         _____
      **New York, NY**                                  **MARY KAY VYSKOCIL**
                                                     **United States District Judge**